**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO TULIO BONILLA-ROMERO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-CV-04569-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed September 17, 2026 (ECF No. 13), IT IS ADJUDGED that the Petition is GRANTED as to Claims One and Two, that Claim Three, which was pleaded only in the alternative, is DENIED, and the Petition is dismissed without prejudice.

DATED: September 21, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE